UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                        :

RYAN O'DELL,                         :
                                          :

                  Plaintiff,       :
                                          :            22 Civ. 2135 (JPC)

        -v-                   :
                                          :            <u>ORDER</u>

TENNECO INC. *et al.*,        :
                                          :

                  Defendants.    :
                                          :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Plaintiff filed the Complaint in this action on March 15, 2022.  Dkt. 1.  Defendants executed waivers of service on April 6, 2022, making their answers due by June 6, 2022.  Dkt. 3.  The deadline for Defendants to respond to the Complaint has passed and Defendants have neither appeared in this action nor answered the Complaint.  Accordingly, it is hereby ORDERED that, by June 14, 2022, Plaintiff shall file a letter advising the Court as to the status of this case, including whether Plaintiff intends to move for default judgment as to all Defendants.

      SO ORDERED.

Dated: June 7, 2022
      New York, New York                                   _____
                                                   JOHN P. CRONAN
                                            United States District Judge